## SHAFER ET AL. *v.* CRAVENS.

From the Tipton Common Pleas.

*C. N. Pollard, N. R. Overman, N. W. Parker,* and *J. T. Cox,* for appellants.

*J. Green* and *D. Waugh,* for appellee.

PETTIT, J.—In all legal respects, this case is the same, and involves the very questions, as the case of *Shafer* v. *Moriarty, ante,* p. 9; and on the authority of that, this is reversed, at the costs of the appellee, with the same instructions to the court below.